Constituting the State Board of Tax Commissioners of the State of New York, Appellants. The City of New York, Intervenor. (Assessment of 1910.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Beatrice de Acosta, Appellant, v. Joseph G. Butler, Jr., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Viola Folz, Respondent, v. William H. Folz, Appellant.— Order modified by reducing counsel fee to $150, and as so modified affirmed, without costs. No opinion.

Frank D. Boulanger and Others, on Behalf of Themselves and All Other Stockholders of the Town and Country Estates, Incorporated, Similarly Situated, Respondents, v. Town and Country Estates, Incorporated, Appellant, Impleaded with Maurice B. Thayer and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissenting.)

Barney Gelder, Respondent, v. International Ore Treating Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Ferruccio A. Vivanti, Deceased. The Comptroller of the State of New York, Appellant; William Greenbaum, as Executor, etc., of Ferruccio A. Vivanti, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of *Matter of Vivanti* (138 App. Div. 281).

In the Matter of Union Life Insurance Company.— Motion to dismiss appeal granted, with ten dollars costs. Memorandum per curiam.

John Cline, Plaintiff, v. Daniel Fraad and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs.

Katherine Esbach, by Her Guardian ad Litem, Stefan Licsanin, Plaintiff, v. Moses S. Levussove, Defendant.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of Berthold A. Rich, etc.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of the Judicial Settlement of the Account of John J. Nestell, as Executor of and Trustee under the Last Will and Testament of Joseph B. Hart, Deceased (2 cases).— In each case motion denied, with ten dollars costs.

Lazzari & Barton Company v. Effingham I. Walgrove and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of the Estate of Frederick Daniel Hughes, Deceased.— Application dismissed. See memorandum per curiam.

Julius Loewenthal v. Frances W. Haines.— Motion denied, with ten dollars costs.

In the Matter of Walton Avenue (In the Matter of James A. Dimelow). — Motion granted; question to be certified on settlement of order. Settle order on notice.

In the Matter of Hugh F. Trainor, etc.— Motion denied, with ten dollars costs.